IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSEPH WHEATON, | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:21-CV-273 |
| ONCORE HEALTHCARE SOLUTIONS, LLC, | § § § § | |
| *Defendant*. | § | |

# PARTIES' NOTICE OF SETTLEMENT AND AGREED MOTION TO CANCEL SCHEDULING CONFERENCE AND SHOW CAUSE HEARING, OR IN THE ALTERATIVE, TO ATTEND TELEPHONICALLY

**TO THE HONORABLE MICAELA ALVAREZ:**

Plaintiff Joseph Wheaton ("Wheaton") and Defendant Oncore Healthcare Solutions, LLC ("OHS") (collectively, the "Parties") hereby file this Parties' Notice of Settlement and Agreed Motion to Cancel Scheduling Conference and Show Cause Hearing, or in the Alternative, to Attend Telephonically.

## I.   BACKGROUND

On July 14, 2021, Wheaton filed Plaintiff's Original Complaint.

Also on July 14, 2021, the Court issued an Order for Conference and Disclosure of Interested Parties, scheduling an initial pretrial and scheduling conference for Tuesday, September 14, 2021, at 9:00 a.m.

On August 18, 2021, Defendant timely filed its Original Answer.

On September 7, 2021, the Court issued an Order scheduling a show cause hearing for September 14, 2021 at 9:00 a.m.

The Parties have engaged in settlement negotiations in good faith and, late yesterday, reached a settlement in principle. The Parties are in the process of preparing a settlement agreement and they anticipate filing an agreed motion to dismiss this case with prejudice in the near future.

## II.   ARGUMENT

The Parties would respectfully request that the Court cancel the Scheduling Conference and Show Cause hearing scheduled for September 14, 2021. The Parties have reached a settlement in principle and are in the process of preparing the settlement agreement. To allow the Parties to focus their efforts on finalizing the settlement and to avoid the unnecessary expense of attorneys' fees and burden on the Court's docket, the Parties seek to cancel the Scheduling Conference and Show Cause hearing scheduled for September 14, 2021.

In the alternative, the Parties would respectfully request that Her Honor permit the Parties' counsel to participate in the Scheduling Conference and Show Cause hearing on September 14, 2021 telephonically. As stated by the U.S. District Court for the Southern District of Texas—McAllen Division's Special Order of September 2, 2021 ("Special Order"), the "current surge of COVID-19 cases and Delta variant infections has increased the risks to public health and those involved in electing juries and conducting jury trials." The Special Order further provides that "[c]ounsel may seek relief by appropriate requests or motions. The use of telephone or video conferencing in these proceedings is encouraged when feasible, deemed appropriate by the presiding judge, and permitted by legal and technology constraints." Consistent with the Special Order, the Parties would respectfully request to participate in the upcoming Scheduling Conference and Show Cause hearing via telephone.

Mr. Wheaton's counsel is located in Southlake, Texas. OHS' counsel is located in Dallas, Texas. As such, to participate in person, the Parties' counsel would have to risk additional exposure to COVID-19 by traveling approximately 500 miles, as well as incur significant attorneys' fees and travel expenses for such travel.

## PRAYER

WHEREFORE, the Parties respectfully request that the Court:

1. Cancel the Scheduling Conference and Show Cause Hearing because the Parties have settled this case; or

2. Alternatively, permit the Parties' counsel to attend the Scheduling Conference and Show Cause hearing on September 14, 2021 telephonically.

Respectfully submitted,

*Counsel for Plaintiff Joseph Wheaton:*

*Chris R. Miltenberger*
Chris R. Miltenberger
State Bar No. 14171200
chris@crmlawpractice.com

LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC
1360 North White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060
(f) 817-416-5062


*Counsel for Defendant Oncore Healthcare Solutions, LLC.:*

*Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
monte.hurst@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142