Case 7:21-cv-00273   Document 14   Filed 09/27/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSEPH WHEATON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00273 |
| | § | |
| ONCORE HEALTHCARE SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court now considers the "Parties' Agreed Motion to Dismiss Case with Prejudice."[1] The parties request that every cause of action alleged by, between, and among the parties to be dismissed with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[3] Plaintiff has effectively dismissed the case and no further action by this Court is necessary.[4] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.

[2] *Id.* at 1.

[3] *Id.* at 2.

[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).